# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Cheryl L. Jones | : | |
| Debtor | : | Bankruptcy No. 20-10721 - mdc |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated February 4, 2020, this case is hereby DISMISSED.

March 23, 2020

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Missing Documents:   Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income Form 122C-1 & 122C-2
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106

bfmisdoc