United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 20-10721-mdc
Cheryl L. Jones                                                           Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: dlv              Page 1 of 1          Date Rcvd: Mar 23, 2020
                               Form ID: pdf900        Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2020.
db              +Cheryl L. Jones,   813 N 64th Street,   Philadelphia, PA 19151-3402
14466046        +American Home Mortgage,   P.O. Box 631730,   Irving, Texas 75063-0002
14482562        +MIDFIRST BANK,   C/O KML Law Group,   701 Market Street Suite 5000,
                 Philadelphia, PA. 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Mar 24 2020 03:37:04    City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 24 2020 03:36:47
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 24 2020 03:36:57    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14466047         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 24 2020 03:51:11
                 CAPITAL ONE BANK USA NA,   PO BOX 30281,   SAL LAKE CITY, Utah 84130-0281
14465489        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 24 2020 03:51:14
                 Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                         TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2020                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2020 at the address(es) listed below:
            MICHAEL P. KUTZER   on behalf of Debtor Cheryl L. Jones mpkutzer1@gmail.com
            REBECCA ANN SOLARZ   on behalf of Creditor  MidFirst Bank bkgroup@kmllawgroup.com
            United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                     TOTAL: 4

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re                                          :      Chapter    13

                                               :

Cheryl L. Jones

                                               :

            Debtor                             :      Bankruptcy No. 20-10721 - mdc


ORDER


AND NOW, it is  ORDERED that since the debtor(s) have failed to

timely file the documents required by the order dated February 4, 2020, this case

is hereby DISMISSED.


March 23, 2020

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge


Missing Documents:        Chapter 13 Plan
                          Chapter 13 Statement of Your Current Monthly Income Form
                          122C-1 & 122C-2
                          Schedules AB-J
                          Statement of Financial Affairs
                          Summary    of    Assets    and    Liabilities    Form    B106


bfmisdoc